GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes
Justice Complex 25
Market Street
PO Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants State of New Jersey, the New Jersey Department of Corrections, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Mathew Schlussefeld, and Duane Grade*

Robert Preuss
Deputy Attorney
General Bar No.
051011997
(609) 376-3108
Robert.Preuss@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| RUBEN D. MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY, THE NEW JERSEY DEPARTMENT OF CORRECTIONS, NORTHERN STATE PRISON, THE NEW JERSEY DEPARTMENT OF CORRECTIONS SPECIAL INVESTIGATION DIVISION, MARCUS HICKS, VICTORIA KUHN, PATRICK NOGAN, GEORGE ROBINSON JR., MATHEW SCHLUSSEFELD, DUANE GRADE (IN THEIR PERSONAL AND OFFICIAL CAPACITIES), SHAWN ZAMBRANO, JOHN AND JANE DOES(1-50)(IN THEIR PERSONAL AND OFFICIAL CAPACITIES) AND XYZ ENTITIES AND CORPORATIONS (1-50)<br><br>    Defendants. | Civ. Action No.<br><br>**CERTIFICATION OF EXHIBITS** |

_____

ROBERT P. PREUSS, of full age, certifies as follows:

1. I am an attorney at law in the State of New Jersey and am a Deputy Attorney General assigned to represent Defendants State of New Jersey, the New Jersey Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Jr., Mathew Schlussefeld, Duane Grade, (hereinafter the State Defendants). I make this certification in support of Defendants' Motion to dismiss.

2. The following exhibits are true and accurate copies of the following documents:

Exhibit A-The State Court Indictment against the Plaintiff
Exhibit B-Plaintiff's Complaint
Echibit C- The Certification of Peter Ramos
Exhibit D-Unpublished Decisions

I certify that the foregoing statements by me are trie. I understand that if any of the foregoing statements are willfully false, I may be subject to punishment.

/S/ *Robert P. Preuss*
ROBERT P. PREUSS

Dated: July 8, 2021