EXHIBIT A

```
FILED
March 17, 2021
State Grand Jury Judge
```

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - CRIMINAL

State Grand Jury
   Number SGJ750-21-13
Superior Court
   Docket Number 21-3-28-S

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | |
| v. | ) | INDICTMENT |
| RUBEN MORALES<br>  a/k/a<br>  "Moe"<br>  a/k/a<br>  "Moe Capo"<br>  a/k/a<br>  "Capo" | )<br><br>)<br><br>)<br><br>) | |

COUNT ONE

(Official Misconduct - Second Degree)

RUBEN MORALES A/K/A "Moe," "Moe Capo," "Capo" between on or about January 1, 2014, and on or about March 10, 2021, at the City of Newark, in the County of Essex, elsewhere, and within the jurisdiction of this Court, did commit the offense of official misconduct, in that the said RUBEN MORALES, acting with the purpose to obtain a benefit for himself or another or to injure or deprive another of a benefit, did commit one or more acts relating to his office, but constituting an unauthorized exercise of his official functions, knowing that such act was unauthorized or that he was committing it in an unauthorized manner, or did knowingly refrain from performing a

1

duty which is imposed upon him by law or clearly inherent in the nature of his office, that is the said RUBEN MORALES, then and there being a public servant, to wit a Senior Corrections Officer employed by the New Jersey Department of Corrections, having thereby the following official functions and duties, among others: to obey policies of the New Jersey Department of Corrections which prohibit making false or misleading statements on forms or records submitted to the Department or the State, to perform his duties in a legal and proper manner, to display good faith, honesty and integrity, and to be impervious to corrupting influences, did knowingly falsify a New Jersey Department of Corrections "Application for Clearance and Issuance of ID Card" by concealing his affiliation with any subversive organization or gang, including but not limited to the Thug Riders or Thunderguards, or did knowingly engage in outside employment or activity without filing an Outside Activity Questionnaire relating to the same and gaining the required approval to engage in the said outside employment or activities, all done with the purpose to retain a State-issued identification badge or to retain employment with the State of New Jersey, contrary to the provisions of N.J.S.A. 2C:30-2 and N.J.S.A. 2C:2-6, and against the peace of this State, the government and dignity of the same.

COUNT TWO

(Tampering with Public Records or Information - Third Degree)

RUBEN MORALES A/K/A "Moe," "Moe Capo," "Capo"

on or about September 9, 2019, at the City of Newark, in the County of Essex, elsewhere, and within the jurisdiction of this Court, with purpose to defraud or injure another, did make, present, offer for filing or use any record, document or thing knowing it to be false, and with purpose that it be taken as a genuine part of information or records belonging to, or received or kept by, the government for information or record, or required by law to be kept by others for information of the government, that is, the said RUBEN MORALES did submit an Application for Clearance and Issuance of ID card to the New Jersey Department of Corrections, which knowingly misrepresented his affiliation with and/or membership in a subversive organization or gang, with the purpose to defraud the New Jersey Department of Corrections, contrary to the provisions of N.J.S.A. 2C:28-7a, and against the peace of this State, the government and dignity of the same.

3

COUNT THREE

(Falsifying or Tampering with Records- Fourth Degree)

RUBEN MORALES A/K/A "Moe," "Moe Capo," "Capo" on or about September 9,2019, at the City of Newark, in the County of Essex, elsewhere, and within the jurisdiction of this Court, with purpose to deceive or injure another or to conceal a wrongdoing, knowingly did falsify, destroy, remove, conceal or utter any writing or record knowing that it contains a false statement or information, that is, the said RUBEN MORALES did misrepresent his affiliation with and/or membership in a subversive organization or gang on a New Jersey Department of Corrections Application for Clearance and Issuance of ID card, contrary to the provisions of N.J.S.A. 2C:21-4(a), and against the peace of this State, the government and dignity of the same.

COUNT FOUR

(Hindering Apprehension or Prosecution - Third Degree)

RUBEN MORALES A/K/A "Moe," "Moe Capo," "Capo"

on or about August 13, 2020, at the Township of Ewing, in the County of Mercer, elsewhere, and within the jurisdiction of this Court, with purpose to hinder his own detention, apprehension, investigation, prosecution, conviction or punishment for an offense or violation of Title 39 of the Revised Statutes or a violation of chapter 33A of Title 17 of the Revised Statutes, to wit: a crime of the second degree, the said RUBEN MORALES did give false information to a law enforcement officer by misrepresenting his affiliation with, and/or membership in, a subversive organization or gang, and/or denying the existence of employment or unauthorized participation in outside activities while employed by the New Jersey Department of Corrections, contrary to the provisions of N.J.S.A. 2C:29-3(b)(4), and against the peace of this State, the government and dignity of the same.

_____
Thomas Eicher, Director
Office of Public Integrity and Accountability
Division of Criminal Justice

A TRUE BILL:

**s/John Anderson**
         Foreperson

Dated: **3/17/2021**

5