**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

David J. Heintjes, Esq. – Attorney ID No. 024212003
**BERTONE PICCINI LLP**
777 Terrace Avenue, Suite 201
Hasbrouck Heights, New Jersey 07604-3112
Tel: (201) 483-9333
Fax: (201) 483-9187
Email:  dheintjes@bertonepiccini.com

*Attorneys for Plaintiff, Ruben D. Morales*

| | |
|---|---|
| RUBEN D. MORALES,<br><br>     Plaintiff,<br>vs.<br><br>THE STATE OF NEW JERSEY, THE NEW JERSEY DEPARTMENT OF CORRECTIONS, NORTHERN STATE PRISON, THE NEW JERSEY DEPARTMENT OF CORRECTIONS SPECIAL INVESTIGATION DIVISION, MARCUS HICKS, VICTORIA KUHN, PATRICK NOGAN, GEORGE ROBINSON JR., MATTHEW SCHLUSSELFELD, DUANE GRADE (IN THEIR PERSONAL AND OFFICIAL CAPACITIES), SHAWN ZAMBRANO, JOHN AND JANE DOES (1-50) (IN THEIR PERSONAL AND PROFESSIONAL CAPACITIES), AND XYZ ENTITIES AND CORP'S (1-50),<br><br>     Defendants. | CIVIL ACTION NO.<br><br>21 cv 11548 (JXN)(AME)<br><br><br><br>**CERTIFICATION OF**<br>**DAVID J. HEINTJES, ESQ.** |

**DAVID J. HEINTJES, ESQ.**, being of full legal age, hereby certifies the following:

1.   I am an attorney at law of the State of New Jersey and of counsel with the law firm Bertone Piccini LLP.  This office represents the Plaintiff, Ruben D. Morales, in the above-captioned matter.  This Certification is in support of Plaintiff's Motion for Reconsideration.

2.    Annexed hereto are true and accurate copies of the following documents:

Exhibit A:    Judgment of Dismissal of Indictment with Prejudice, Order of Dismissal of Indictment with prejudice, and the State's Motion for Dismissal of Indictment made "in the Interests of   Justice"; all dated November 14, 2022.

Exhibit B:    Preliminary Notice of Disciplinary Action dated March 1, 2023.

Exhibit C:    Final Notice of Disciplinary Action dated August 3, 2023.

Exhibit D:    Tort Claim Notice dated and sent August 16, 2023.

Exhibit E:    Memorandum Opinion and Order dated August 3, 2023.

Exhibit F:    Plaintiff's Complaint dated April 22, 2021.


       I hereby certify that the foregoing statements made by me are true.  I am aware that if any

statement is willfully false, then I am subject to punishment.


                                        Respectfully submitted,

                                        **DAVID J. HEINTJES, ESQ**
                                        Attorney I.D. #024212003
                                        **BERTONE PICCINI LLP**
                                        777 Terrace Avenue, Suite 201
                                        Hasbrouck Heights, NJ 07604-3112
                                        Tel: (201) 483-9333
                                        Fax: (201) 483-9187
                                        Email:  dheintjes@bertonepiccini.com

                                        *Attorneys for Plaintiff, Ruben D. Morales*


Dated: August 17, 2023