

## Preliminary Notice of Disciplinary Action (31-A)
### Civil Service Commission – State of New Jersey

**Instructions for employer:** This notice must be served on a permanent employee or an employee serving a working test period in the career service against whom one of the following types of disciplinary action is contemplated: (a) suspension or fine for more than five working days at any one time; (b) suspension or fine for five working days or less where the aggregate number of days suspended or fined in any one calendar year is 15 working days or more; (c) the last suspension or fine where an employee receives more than three suspensions or fines of five working days or less in a calendar year; (d) disciplinary demotion from a title in which the employee has permanent status or received a regular appointment; (e) removal; or (f) resignation not in good standing. A copy of this notice must be sent to the Civil Service Commission. Subsequent to the hearing by the appointing authority, the employee and the Civil Service Commission must be served with the Final Notice of Disciplinary Action.

**FROM:**

| Employing Agency Name | Address/Phone Number | Date |
|---|---|---|
| NJ Department of Corrections- | 168 Frontage Road, Newark, NJ 07114 | 3/1/23 |

| Attorney representing your agency should this matter be appealed | Address/Phone number/Email address |
|---|---|
| New Jersey Attorney General | RJ Hughes Justice Complex, PO Box 112, Trenton, NJ 08625 |

**TO:**

| Employee Name | Permanent Civil Service Title | Employee Identification Number |
|---|---|---|
| Ruben Morales | Senior Correctional Police Officer | 000189301 |

| Address/Phone Number | Pension Number |
|---|---|
| 304 Capuchin Way, Orange, NJ, 07050  973 395 1836 | On-File |

You are hereby notified that the following charge(s) have been made against you: *(If necessary, use additional sheets and attach)*

**Charges:**

N.J.A.C. 4A:2-2.3(a);(6) Conduct unbecoming a public employee
N.J.A.C. 4A:2-2.3(a);(12) Other sufficient cause

HRB 84-17, as amended
C-(8) Falsification
C-(11) Conduct unbecoming an employee
E-(1) Violation of a rule regulation, policy, procedure, order or administrative decision.

Amended PNDA, amending the PNDA dated 8/14/2020 previously served on the appellant.

☐ *If checked, charges are continued on attached page.*

**Incident(s) giving rise to the charge(s) and the date(s) on which it/they occurred:**

On or about September 9, 2019, you falsified your application for a State identification card, by failing to disclose your affiliation or membership with a subversive group or gang. You have been a member and an officer of a motorcycle club called "Thug Riders" that has become an outlaw motorcycle gang (OMG), and you have admitted membership in that group as it transitioned into an OMG. You have been photographed wearing clothing, patches and/or other indicia that identify you as an OMG member. You have had dealings with OMGs. You used an inmate detail to landscape weeds around a food truck in which you had an interest.

Continued on attached page

☒ *If checked, incidents are continued on attached page.*

☐ **You are hereby suspended effective** _____
*(Check box to indicate if employee is suspended pending final disposition of the matter)*

If you desire a departmental hearing before the appointing authority on the above charge(s), notify it within **10** *days of receipt of this form. If you request a hearing it will be held on **TBD**
at (time) **TBD** at (place of hearing) **TBD**

*Must be a minimum of five days*

**The following disciplinary action may be taken against you:**

☐ Suspension for _____ working days, beginning _____ and ending _____

☐ Indefinite suspension pending criminal charges effective (date) _____

☒ Removal, effective (date) **TBD**

☐ Demotion to position of _____ effective (date) _____

☐ Resignation not in good standing, effective (date) _____    ☐ Other Disciplinary Action

☐ Fine _____ amount which is equal to _____ number (number of working days)

Appointing authority or authorized agent's signature and title.

Signature: _[signed]_    Title: Administrator

This form must be personally served on the employee or sent by certified or registered mail.

☐ Certified or Registered Mail    ☐ Receipt Number _____
☐ Signature of Server _____    ☐ Date of personal service _____

DPF-31A Revised 03-24-11

DISTRIBUTION: Employee, Union Representative or Attorney, Management, Civil Service Commission.
When using a form downloaded from the Internet you still must provide the indicated above number of copies to all parties.

Addendum to # 20-051 Amended March 1, 2023.

**Incident(s) giving rise to the charge(s) and the date(s) on which it/they occurred continued:**

Your falsification of your ID card renewal and/or your membership in, and activities with outlaw motorcycle gang(s) and/or display of indicia of membership of or affiliation with an OMG is inconsistent with your status as a sworn law enforcement officer, is against relevant rules and regulations is unbecoming a public employee and cannot be tolerated.

**Amended PNDA, amending the PNDA dated 8/14/2020 previously served on the appellant.**