C

## Final Notice of Disciplinary Action (31-C)
### For Law Enforcement and Fire Fighter Removals
#### Civil Service Commission – State of New Jersey

Instructions for employer: This notice must be served on a permanent employee in the career service after a Departmental hearing if one is requested. This form should only be used for removal from employment of a Law Enforcement Officer or Fire Fighter as defined in *N.J.S.A.* 40A:14-200. If the employee does not request or does not appear at the Departmental hearing, this notice must be served as the final action within 30 days of the removal effective date. A copy of this notice must be sent to the Civil Service Commission and served on the employee by personal service or by certified or registered mail.

| | | | |
|---|---|---|---|
| **FROM** Employing Agency Name NJDOC/NSP | Address/ Phone Number 973.465.0068 | 188 Frontage Rd. Newark, NJ 07114 | Date 8/3/23 |
| Attorney representing your agency should this matter be appealed New Jersey Attorney General | | Address/Phone number/Email address RJ Hughes Justice Complex, P.O. Box 112, Trenton, N.J. 08625 | |

| | | |
|---|---|---|
| **TO** Employee Name Ruben Morales | Permanent Civil Service Title Senior Correctional Police Offficer | Employee Identification Number On file |
| Address/ Phone Number 304 Capuchin Way, Orange, NJ 07050 973.395.1836 | | Pension Number On file |

On 3/1/23 you were served with a Preliminary Notice of Disciplinary Action (31A) and notified of the pending disciplinary action.

☒ You requested a hearing which was held on 4/10/ + 6/21/23        ☐ You did not request a hearing

☐ You requested a hearing and did not appear at the designated time and place

| Sustained Charges: | Incident(s) giving rise to the charge(s) and the date(s) on which it/they occurred: |
|---|---|
| N.J.A.C. 4A:2-2.3 (a) 12 Other sufficient cause<br><br>N.J.A.C. 4A:2-2.3 (a) 6 Conduct unbecoming an employee<br><br>HRB 84-17, as amended;<br>C-8. Falsification<br>C-11. Conduct unbecoming an employee<br>E-1. Violation of a rule, regulation, policy, procedure, order or administrative decision. | "On or about September 9, 2019, you falsified your application for a State identification card, bu failing to disclose your affiliation or membership with a subversive group or gang. You have bee a member and an officer of a motorcycle club called "Thug Riders" that has become an outlaw motorcycle gang (OMG), and you have admitted membership in that group as it transitioned into an OMG. You have been photographed wearing clothing, patches and/or other indicia that identify you as an OMG member. You have had dealings with OMGs. You used an inmate detail to landscape around a food truck in which you had an interest. |
| ☐ *If checked, charges are continued on attached page.* | ☒ *If checked, incidents are continued on attached page.* |

**The following disciplinary action has been taken:**

☒ Removal, effective (date) 8/3/23

Appointing authority or authorized agent's signature and title.

Signature _(signature)_        Title Legal Specialist

This form must be personally served on the employee or sent by certified or registered mail.

☐ Certified or Registered Mail        ☐ Receipt Number _____

☐ Signature of Server _____        ☐ Date of personal service _____

APPEAL PROCEDURE TO THE EMPLOYEE: You have the right to appeal within 20 days from receipt of this form. All appeals must include a copy of this form and must be sent to BOTH the Civil Service Commission, P.O. Box 312, Trenton, N.J. 08625-0312 AND the Office of Administrative Law: Attn: Direct Filing, 33 Washington, St., 7th fl., Newark, N.J. 07102. Pursuant to P.L. 2010, c. 26, effective July 1, 2010 there is a $20 fee for removal appeals. Please include the required $20 fee with your appeal. Payment must be made by check or money order only, payable to NJ CSC and sent to the CSC, P.O. Box 312, Trenton, N.J. 08625-0312. Do not send checks to the Office of Administrative Law. Persons receiving public assistance pursuant to P.L. 1947, c.156 (C.44:8-107 et seq.), P.L.1973, c. 256 (C.44:7-85 et seq.), or P.L.1997, c.38 (C.44:10-55 et seq.), and veterans as defined by N.J.S.A.11A:5-1 et seq. are exempt from this appeal fee. Any appeal postmarked after the 20 days statutory time limit will be denied. We recommend sending your appeal by certified mail to prove your filing in the event of lost or misdirected mail. Do not give your appeal to your personnel office for forwarding to the Civil Service Commission. For more information on the rules that govern Major Discipline and the appeals process, please visit our website at: www.state.nj.us/csc.

DPF-31C Revised 03-24-11        DISTRIBUTION: Employee, Union Representative or Attorney, Management, Civil Service Commission. When using a form downloaded from the Internet you still must provide the indicated above number of copies to all parties.

Specifications continued:

Your falsification of your ID card renewal and/or membership in, and activities with outlaw motorcycle gang(s) and/or display of indicia of membership or affiliation with an OMG is inconsistent with your status as a sworn law enforcement officer, is against relevant rules and regulations, is unbecoming a public employee and cannot be tolerated.