# D





After printing this label
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

FOWARD TO: DEPARTMENT OF THE TREASURY
DIVISION OF RISK MANAGEMENT
20 WEST STATE STREET, PO BOX 620
TRENTON, NEW JERSEY 08625-0620
PHONE: (609) 292-4347

FORM **MUST BE FILED WITHIN 90 DAYS** OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. Ruben D. Morales
NAME OF CLAIMANT    (MR. OR MRS.) CIRCLE ONE

403 Cappucin Way
STREET ADDRESS

████8
DATE OF BIRTH

Orange         NJ         07050
CITY           STATE      ZIP CODE

201-483 9333
DAYTIME PHONE NUMBER

████
SOCIAL SECURITY NUMBER

2. IF NOTICES AND CORRESPONDENCE IN CONNECTION WITH THIS CLAIM ARE TO BE SENT TO A PERSON OTHER THAN CLAIMANT, COMPLETE ITEM #2.

David J. Heintjes, Esq.
NAME OF PERSON

777 Terrace Avenue, Suite 201
STREET ADDRESS

201 483-9333
TELEPHONE NUMBER

Hasbrouck Heights    NJ    07604
CITY                 STATE ZIP CODE

RELATIONSHIP TO CLAIMANT:    ☒ATTORNEY    ☐ OTHER _____
                                            (SPECIFY)

3A. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:

8/3/23 / Ongoing course of conduct
DATE AND TIME

New Jersey Department of Corrections
LOCATION (MILEPOST, NEAREST EXIT, CROSS STREET)

_____
STATE VEHICLE DRIVER'S NAME

_____
CITY                        STATE

_____
STATE PLATE # AND VEHICLE DESCRIPTION

3B. DESCRIBE THE ACCIDENT OR OCCURRENCE: IF A DIAGRAM WILL ASSIST YOUR EXPLANATION, USE A SEPARATE SHEET AND ATTACH IT TO THIS FORM.

NJDOC, with ulterior and/or malicious motive(s) and without just cause, filed criminal and administrative charges against Plaintiff, and ultimately terminated claimant from his employment on 8/3/23 retailated and did so in violation of clear public policy.

3C. STATE THE NAME AND ADDRESS OF THE STATE AGENCY OR AGENCIES THAT YOU CLAIM CAUSED YOUR DAMAGE.

NJDOC Whittlesey Road

STATE THE NAMES OF STATE EMPLOYEES WHOM YOU CLAIM WERE AT FAULT, INCLUDING ANY INFORMATION THAT WILL ASSIST IN INDENTIFYING AND LOCATING THEM.

Including but not limited to Matthew Schlusselfeld, Collin Keifer, Sonya Carney, Victoria Kuhn, Anthony Picciones, Anthony Robinson, Micael Carnivale, Kathleen Krieger, Patricia McGill, Daniel Cacicicia,

Timothy Gonzales, Brian Bonomo, Kelly Daniels, Andrew Wellbrock

3D. STATE THE NEGLIGENCE OR WRONGFUL ACTS OF THE STATE AGENCY AND STATE EMPLOYEES WHICH CAUSED YOUR DAMAGES.

The conduct referenced in 3B above, consitutes multiple causes of action, including but not limited to Wrongul Discharge in Violaiton of Public Policy, Malicous Prosecution, Malicious Use of Process, Malicious Misrepresentation, Legal Process Maliciously Used, Wrongful Discharge and Discrimination For Filing A Worker's Compensation Claim, Discrimination and Retaliation

3E. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO THE ACCIDENT OR OCCURRENCE.

Including but not limited to Claimant, Tywanne Diggs, the individuals listed in 3C above and those named in Claimant's pending Federal Action Morales v. NJDOC 21-11548

3F. STATE THE NAMES OF ALL POLICE OFFICERS AND POLICE DEPARTMENTS WHO INVESTIGATED THIS ACCIDENT. PROVIDE POLICE REPORT CASE NUMBER, IF AVAILABLE.

New Jersey Department of Corrections

New Jersey Department of Criminal Justice

The individuals known to have participated in the investigations are listed in 3C above

4A. CLAIM FOR DAMAGES (CHECK APPROPRIATE BLOCK):

☒ PERSONAL INJURY     ☐ PROPERTY DAMAGE     ☒ OTHER-EXPLAIN   See 4B below

4B. IF YOU CLAIM PERSONAL INJURY:
(1) DESCRIBE YOUR INJURIES RESULTING FROM THIS ACCIDENT OR OCCURRENCE.

To be determined.

Claimant suffered, including but not limited to: Severe physical and mental trauma, pain and suffering, severe permanent physical injuries, severe mental anguish manifesting in pysical in physical injuries, permanent disabilities

(2) DO YOU CLAIM PERMANENT DISABILITY RESULTING FROM THIS INJURY:

☒ YES      ☐ NO

IF YES, DESCRIBE THE INJURIES BELIEVED TO BE PERMANENT.

To be determined. See 4B

(3) FOR EACH HOSPITAL, DOCTOR OR OTHER PRACTITIONER RENDERING TREATMENT, EXAMINATION OR DIAGNOSTIC SERVICES, STATE:

| NAME OF HOSPITAL, DOCTOR OR OTHER FACILITY | ADDRESS | DATES OF TREATMENT OR SERVICE | AMOUNT OF CHARGE TO DATE | AMT. PAID OR PAYABLE BY OTHER SOURCE, I.E. INSURANCE |
|---|---|---|---|---|
| To be determined | | | | |
| | | | | |
| | | | | |

(4) IF YOU CLAIM LOSS OF WAGE OR INCOME AS A RESULT OF THE INJURY STATE:

| NJDOC/NSP | 168 Frontage Road, Newark, NJ 07114 |
|---|---|
| NAME OF EMPLOYER | ADDRESS OF EMPLOYER |
| Senior Correctional Police Officer | In or around September 1999 |
| YOUR OCCUPATION | DATE YOU BECAME EMPLOYED |
| TBD | On or about April 22, 2019 |
| RATE OF PAY | DATE OF ABSENCE FROM WORK |
| TBD | TBD |
| TOTAL LOSS WAGES TO DATE | IF STILL OUT, EXPECTED DATE OF RETURN |

NOTE: IF YOUR CLAIMED LOSS OF INCOME ARISES FROM SELF-EMPLOYMENT OR OTHER THAN WAGE, ATTACH A CALCULATION SHOWING THE BASIS OF YOUR CALCULATION OF LOST INCOME.

(5) SET FORTH ANY AND ALL OTHER LOSSES OR DAMAGE CLAIMED BY YOU.

See 4B

4C. IF YOU CLAIM PROPERTY DAMAGE:

(1) DESCRIBE THE PROPERTY DAMAGED.

NA

(2) THE PRESENT LOCATION AND TIME WHEN THE PROPERTY MAY BE INSPECTED.

(3) DATE PROPERTY ACQUIRED _____

(4) COST OF PROPERTY $ _____

(5) VALUE OF PROPERTY AT TIME OF ACCIDENT $ _____

(6) DESCRIPTION OF DAMAGE.

(7) HAS THE DAMAGE BEEN REPAIRED?  ☐ YES   ☐ NO   IF SO, BY WHOM, WHEN AND COST OF REPAIRS.

(8) ATTACH EACH ESTIMATE OF REPAIR COSTS TO THIS FORM.

(9) SET FORTH IN DETAIL THE LOSS CLAIMED BY YOU FOR PROPERTY DAMAGE.

4D. SET FORTH IN DETAIL ALL OTHER ITEMS OF LOSS OR DAMAGES CLAIMED BY YOU AND THE METHOD BY WHICH YOU MADE THE CALCULATION.

5. THE AMOUNT OF THE CLAIM $ TBD

6. HAVE YOU MADE A CLAIM AGAINST ANYONE ELSE FOR ANY OF THE LOSSES OR EXPENSES CLAIMED IN THIS NOTICE?  ☐ YES  ☐ NO

IF YES, SET FORTH THE NAME AND ADDRESS OF ALL PERSONS AND INSURANCE COMPANIES AGAINST WHOM YOU HAVE MADE SUCH CLAIMS: TBD see claim petition filed on or about 5/14/19 and the afore referenced federal action

7. ARE ANY OF THE LOSSES OR EXPENSES CLAIMED HEREIN COVERED BY ANY POLICY OF INSURANCE?  ☐ YES  ☐ NO

FOR EACH SUCH POLICY, STATE THE NAME AND ADDRESS OF THE INSURANCE COMPANY, POLICY NUMBER AND BENEFITS PAID OR PAYABLE.

Unknown

8. HAVE YOU RECEIVED OR AGREED TO RECEIVE ANY MONEY FROM ANYONE FOR THE DAMAGES CLAIMED HEREIN?  ☐ YES  ☐ NO

IF YES, SET FORTH THE DETAIL OF SUCH AGREEMENT.

Claimant received workers compensation benefits for a period of time

9. THE FOLLOWING ITEMS MUST BE SUBMITTED WITH THIS NOTICE:

(1) COPIES OF ITEMIZED BILLS FOR EACH MEDICAL EXPENSE AND OTHER LOSSES AND EXPENSES CLAIMED.
    TBD
(2) FULL COPIES OF ALL APPRAISALS AND ESTIMATES OF PROPERTY DAMAGE CLAIMED BY YOU.
    TBD
(3) COPIES OF ALL WRITTEN REPORTS OF ALL EXPERT WITNESSES AND TREATING PHYSICIANS.
    TBD
(4) A LETTER FROM YOUR EMPLOYER VERIFYING YOUR LOST WAGES. IF SELF-EMPLOYED, A STATEMENT SHOWING THE CALCULATION OF YOUR CLAIMED LOST INCOME.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. THAT THE ATTACHED STATEMENTS, BILLS, REPORTS AND DOCUMENTS ARE THE ONLY ONES KNOWN TO ME TO BE IN EXISTENCE AT THIS TIME. I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

August 16, 2023
DATE

CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT