MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants: State of NJ, Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Schlusselfeld, and Duane Grade*

By:   Kaitlyn E. Bastedo
      Deputy Attorney General
      NJ ID: 434222023
      (609) 376-2440
      Kaitlyn.Bastedo@law.njoag.gov

      Antonio G. Bonanni
      Deputy Attorney General
      NJ ID: 212722016
      (609) 376-2440
      Antonio.Bonanni@law.njoag.gov

|  |  |
|---|---|
| RUEBEN MORALES, | : UNITED STATES DISTRICT COURT |
| Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
|  | : VICINAGE OF NEWARK |
| v. | : Civ. Action No. - |
|  | 2:21-cv-11548-JXN-AME |
| STATE OF NEW JERSEY, ET AL., | : |
|  | **SUBSTITUTION OF COUNSEL** |
| Defendants. | : |
|  | : |

**TO:**  Clerk of Court
       All Counsel of Record (via Pacer CM/ECF Electronic Filing)

**PLEASE TAKE NOTICE** that Kaitlyn E. Bastedo, Deputy Attorney General, is hereby designated as co-counsel for Defendants, State of NJ, Department of Corrections, Northern State Prison, the New

1

Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Shlusselfeld, and Duane Grade (hereinafter "Defendants"); and

**PLEASE TAKE NOTICE** that Antonio G. Bonanni, Deputy Attorney General, is hereby designated as co-counsel for Defendants, State of NJ, Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Shlusselfeld, and Duane Grade (hereinafter "Defendants"); and

**PLEASE TAKE NOTICE** that Becky Batista no longer acts as counsel for Defendants; and

**PLEASE TAKE NOTICE** that Marvin Freeman no longer acts as counsel for Defendants; and

**PLEASE TAKE FURTHER NOTICE** that Deputy Attorney General Kaitlyn E. Bastedo, and Deputy Attorney General Antonio G. Bonanni are hereby designated as trial counsel for Defendants in this matter; and

**PLEASE TAKE FURTHER NOTICE** that all future court notices should be directed to Deputy Attorney General, Kaitlyn E. Bastedo, and Deputy Attorney General, Antonio G. Bonanni, as follows:

```
Kaitlyn E. Bastedo Deputy Attorney General
Office of the Attorney General, Division of Law
         Employment Litigation Section
         Richard J. Hughes Justice Complex
          25 Market Street, P.O. Box 112
               Trenton, NJ 08625-0112
                   (609) 376-2440
```

2

Kaitlyn.Bastedo@law.njoag.gov

Antonio G. Bonanni Deputy Attorney General
Office of the Attorney General, Division of Law
Employment Litigation Section
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112
(609) 376-2440
Antonio.Bonanni@law.njoag.gov

                Respectfully submitted,

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

By:  s/ Kaitlyn E. Bastedo
     KAITLYN E. BASTEDO
     NJ Bar No. 391192023
     Deputy Attorney General
     *Superseding Counsel*

     s/ Antonio G. Bonanni
     ANTONIO G. BONANNI
     NJ Bar No. 212722016
     Deputy Attorney General
     *Superseding Counsel*

     s/ Becky Batista
     Becky Batista, DAG
     NJ Bar No. 391192023
     Deputy Attorney General
     *Withdrawing Counsel*

     s/ Marvin Freeman
     Marvin Freeman, DAG
     NJ Bar No. 045441995
     Deputy Attorney General
     *Withdrawing Counsel*

Dated: May 16, 2024