MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants: State of NJ, Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Schlusselfeld, and Duane Grade*

By:    Kaitlyn E. Bastedo
       Deputy Attorney General
       NJ ID: 434222023
       (609) 376-2440
       Kaitlyn.Bastedo@law.njoag.gov

       Antonio G. Bonanni
       Deputy Attorney General
       NJ ID: 212722016
       (609) 376-2440
       Antonio.Bonanni@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUBEN MORALES, | |
| Plaintiff, | Civ. Action No. 2:21-cv-11548-JXN-AME |
| v. | **CONSENT ORDER** |
| STATE OF NEW JERSEY, ET AL | |
| Defendants. | |

     This matter having been opened to the Court by Matthew J. Platkin, Attorney General of New Jersey, Kaitlyn Bastedo and Antonio Bonanni, Deputy Attorneys General, on behalf of Defendants, State of NJ, Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn,

Matthew Schlusselfeld, and Duane Grade, and with consent of David Heintjes, counsel for Plaintiff, and for good cause shown;

IT IS on this __7th__ day of ___August___, 2024;

**ORDERED** as follows:

1. Plaintiff will file an amended complaint by September 30, 2024;
2. Defendants do not concede the merits of any of Plaintiff's claims;
3. Defendants reserves their right to Answer, Move, or Otherwise Reply;
4. Defendants reserve their right to amend their initial disclosures to conform to the pleadings.

_____*/s/ André M. Espinosa*_____
Hon. André M. Espinosa, U.S.M.J.

**We hereby consent to the form
And entry of the within Order.**

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL
By:     /s/Kaitlyn E. Bastedo                By: /s/David J. Heintjes
        Kaitlyn E. Bastedo, Esq.                 David Heintjes Esq.
        Deputy Attorney General                  Attorneys for Plaintiff

        /s/Antonio Bonanni_____
        Antonio Bonanni, Esq.
        Deputy Attorney General


Dated: August 6, 2024                        Dated: August 6, 2024