

*State of New Jersey*

**PHILIP D. MURPHY**
*Governor*

**TAHESHA L. WAY**
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

**MATTHEW J. PLATKIN**
*Attorney General*

**MICHAEL T.G. LONG**
*Director*

November 8, 2024

<u>Via PACER</u>

HON. ANDRE M. ESPINOSA NEALS, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07102

<u>ORDER</u>

Re: Morales v. State of New Jersey, et al.; 3:21-cv-11548-JXN-AME

Dear Judge Espinosa:

Our Office represents Defendants State of New Jersey, the New Jersey Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Schlusselfeld, and Duane Grade (hereinafter, "Defendants") in the above-referenced matter.

As Your Honor may recall from the last case management conference, Plaintiff has a related action that is currently proceeding before the Office of Administrative Law. The resolution of that matter will likely have an effect on the matter pending in this Court. Plaintiff has requested our consent for a ninety (90) day stay of this case pending the resolution of that proceeding. Our office consents and joins in this request.

We will keep the court updated as the matter progresses.

Sincerely yours,



MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By: /s/Kaitlyn E. Bastedo
    Kaitlyn E. Bastedo
    Deputy Attorney General

For good cause shown, the parties' joint request to stay this action pending resolution of the OAL proceeding is granted.  Additionally, on or before February 7, 2025, the parties shall file a joint letter reporting on the status of the related proceeding and indicating whether a further extension of the stay is requested.

The Clerk shall mark this action **administratively terminated** during the pendency of the stay and until further Order of the Court.

**SO ORDERED** this 8th day of November 2024.

                                       */s/ André M. Espinosa*
                                       ANDRÉ M. ESPINOSA
                                       United States Magistrate Judge