

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

February 7, 2025

<u>Via PACER</u>
HON. ANDRE M. ESPINOSA NEALS, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07102

Re: Morales v. State of New Jersey, et al.; 3:21-cv-11548-JXN-AME

Dear Judge Espinosa:

Our Office represents Defendants State of New Jersey, the New Jersey Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Schlusselfeld, and Duane Grade (hereinafter, "Defendants") in the above-referenced matter.

On November 8, 2024, your Honor granted a ninety (90) day stay pending the resolution of the proceeding before the Office of Administrative Law ("OAL"). There is an OAL conference scheduled for February 28, 2025. We would be able to provide a more meaningful update after that conference.

Therefore, we respectfully request to provide a joint letter updating the court on the status on or before March 15, 2025. Plaintiff's counsel consents and joins in this request.

Sincerely yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY



HUGHES JUSTICE COMPLEX · TELEPHONE: (609) 376-2440  FAX: (609) 777-3607
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

By: /s/Kaitlyn E. Bastedo
    Kaitlyn E. Bastedo
    Deputy Attorney General