

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

**PHILIP D. MURPHY**
*Governor*

**TAHESHA L. WAY**
*Lt. Governor*

**MATTHEW J. PLATKIN**
*Attorney General*

**MICHAEL C. WALTERS**
*Acting Director*

March 14, 2025

<u>Via PACER</u>
HON. ANDRE M. ESPINOSA NEALS, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07102

Re: Morales v. State of New Jersey, et al.; 3:21-cv-11548-JXN-AME

Dear Judge Espinosa:

Our Office represents Defendants State of New Jersey, the New Jersey Department of Corrections, Northern State Prison, the New Jersey Department of Corrections Special Investigation Division, Marcus Hicks, Victoria Kuhn, Matthew Schlusselfeld, and Duane Grade (hereinafter, "Defendants") in the above-referenced matter.

On November 8, 2024, Your Honor granted a ninety (90) day stay pending the resolution of a related proceeding, CSR 08108-23, before the Office of Administrative Law ("OAL"). Currently, there is a pending motion to quash set to be decided in April. The OAL proceeding will then resume with hearing days scheduled for May 23, 2025 and June 12, 2025 (if necessary).

Therefore, we respectfully request to continue to stay this case pending the conclusion of the OAL case. Plaintiff's counsel consents and joins in this request.

Sincerely yours,



MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By:  /s/Kaitlyn E. Bastedo
     Kaitlyn E. Bastedo
     Deputy Attorney General